**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GLORIA HOLLOWAY,

                Plaintiff,

-against-                               19 **CIVIL** 2195 (NRB)

                                              **JUDGMENT**

THE HOLY SEE,

                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated May 5, 2021, the Court grants defendant's motion to dismiss in its entirety; accordingly, this case is closed.

**Dated:** New York, New York

        May 5, 2021

                                                          **RUBY J. KRAJICK**
                                                          **Clerk of Court**
**BY:**
                                                           **Deputy Clerk**